# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Deondre Casey,

    Plaintiff,

                               Civil Action No. 22-12604

v.                            Honorable Jonathan J.C. Grey

                               Magistrate Judge Patricia T. Morris

Ivan Reed et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 48)

On May 16, 2023, Deondre Casey filed this 42 U.S.C. § 1983 prisoner civil rights suit pro se against Michigan Department of Corrections ("MDOC") official Ivan Reed. Casey later amended his complaint on May 23, 2023 to add claims against "Collrin" and an unknown John Doe. "Collrin" referred to MDOC official Timothy Collrin. Casey claims the defendants violated his Eighth Amendment rights by assaulting Casey while he was incarcerated. Casey also brings state law claims for assault, battery, and negligence. All pretrial matters were referred to United States Magistrate Patricia T. Morris under 28 U.S.C. § 636(b).

On August 4, 2023, Collrin filed a motion for summary judgment on the basis of exhaustion. (ECF No. 38.) Judge Morris issued a report and recommendation on February 28, 2024 to grant Collrin's motion and dismiss Collrin from the case. (ECF No. 48.) Collrin did not object to the report and recommendation.

A party may object to any specified portion, proposed findings, or recommendation in the magistrate judge's report. 28 U.S.C. § 636(b)(1). For any specific objection, the district judge is to make a de novo determination of the issue. *Id.* The district judge may accept, reject, or modify, in whole or in part, any findings or recommendations. *Id.*

When no objection is made, the district judge may sua sponte review the report and recommendation, *Thomas v. Arn*, 474 U.S 140, 154 (1985); however, there is no obligation to independently review the report and recommendation. *Hall v. Chapman*, 627 F. Supp. 3d 804, 806 (E.D. Mich. 2022) (citing *Thomas* 474 U.S. at 149–52). Under sua sponte review, with no objection, the district judge may use a "de novo or any other standard." *Thomas*, 474 U.S. at 154.

After reviewing the report and recommendation, the Court finds that it is well-reasoned and supported by the applicable law.

The Court **ADOPTS** Judge Morris' report and recommendation (ECF No. 16). The Court **GRANTS** Collrin's motion for summary judgment. (ECF No. 10.) The Court **DISMISSES WITH PREJUDICE** Casey's claims against Collrin.

    **SO ORDERED.**

Date: April 29, 2024

s/ Jonathan J.C. Grey
Jonathan J.C. Grey
United States District Judge

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 29, 2024.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager